# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BRIAN DRESKY, <br><br> Plaintiff, <br><br> v. <br><br> GALBO SIMS HOLDINGS LLC, <br><br> Defendant. | 1:14-cv-06329 <br><br> Honorable Rebecca R. Pallmeyer |

**MOTION FOR PROVE-UP AND ENTRY OF JUDGMENT**

NOW COMES the Plaintiff, BRIAN DRESKY ("Brian"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., submits this Motion for Prove-Up and Entry of Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure against the Defendant, GALBO SIMS HOLDINGS LLC ("Galbo"), and in support thereof, stating as follows:

1. Brian brought this lawsuit against Galbo for damages for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, et seq. ("FDCPA"), the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/10a ("ICFA"), and the Telephone Consumer Protection Act, 47 U.S.C. §227. The lawsuit seeks statutory and actual damages.

2. On October 20, 2014, this Court granted Brian's oral motion for entry of default judgment against Galbo for failure to appear, answer or otherwise plead, and set the matter for prove-up on November 3, 2014 at 9:30 a.m.

3. Brian seeks entry of a judgment amount against Galbo in the amount of $1,000.00 in statutory damages pursuant to the FDCPA and $6,0000.00 in statutory damages pursuant to the TCPA.

4. Brian requests that this Honorable Court set an evidentiary hearing to determine the actual damages suffered by Brian and potential punitive damages against Galbo pursuant to ICFA.

5. Brian's counsel requests leave to file an itemization of the work rendered in this matter after the evidentiary hearing is held.

WHEREFORE, Plaintiff BRIAN DRESKY prays for an entry of Judgment against Defendant GALBO SIMS HOLDINGS LLC in the amount of $1,000.00 in statutory damages pursuant to the FDCPA and $6,000.00 in statutory damages pursuant to the TCPA. Furthermore, Plaintiff BRIAN DRESKY requests that this Honorable Court set an evidentiary hearing for prove-up of actual damages and potential punitive damages.

Dated: October 27, 2014            Respectfully Submitted,

/s/ Mohammed O. Badwan
Mohammed O. Badwan, Esq. ARDC#6299011
Daniel J. McGarry, Esq. ARDC#6309647
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181
Fax: (630)575-8188

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2014 I caused copies of Plaintiff's **Motion for Prove-Up and Entry of Judgment** to be filed pursuant to the Federal Rules of Civil Procedure and Local Rules with the Clerk of the United States District Court, Northern District of Illinois, using the CM/ECF system. Copies will be served by certified mail by depositing copies of the same, at 900 Jorie Blvd., Oak Brook, Illinois 60523, with proper postage pre-paid, upon the following:

Galbo Sims Holdings, LLC
c/o Samuel Galbo, Registered Agent
24 Nina Terrace
West Seneca, NY 14224

Samuel Balbo
3800 Union Rd., Second Floor
Cheektowaga, NY 14225

/s/ Mohammed O. Badwan
Mohammed O. Badwan, Esq. ARDC#6299011
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181
Fax: (630)575-8188